# THE HARMAN FIRM, LLP

**Attorneys & Counselors At Law**
www.theharmanfirm.com

February 10, 2016

<u>VIA ECF</u>

Hon. Valerie E. Caproni
Thurgood Marshall
United States District Court
40 Foley Square
New York, NY 10007

      Re:    *Adlesic v. The Dominican Sisters Family Health Services, Inc., 15-cv-5145*

Dear Judge Caproni:

      We represent Plaintiff in the above-referenced matter. We write on behalf of the Parties to respectfully inform the Court that the case recently has settled and to request the Court cancel the upcoming Case Management Conference.

      The Parties agree that the Case Management Conference, presently scheduled for Friday, February 19, 2016, and associated obligations are no longer necessary, as the Parties have reached an agreement in principal and intend to file a dismissal of this action with prejudice as soon as the agreement is consummated and Plaintiff's Counsel receives the settlement payments. The settlement payment are schedule to be delivered in three parts, ending sixty-eight (68) days after the consummation and Defendant's receipt of the settlement agreement. As such, the Parties anticipate filing the stipulation in approximately ninety (90) days.

      Accordingly, the Parties respectfully request that the Court cancel the February 19 Case Management Conference.

      We thank the Court for its consideration of this matter.

Respectfully submitted,

*[signature]*

Walker G. Harman, Jr.

cc:    Mary A. Smith, Esq. (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926